IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

**Date: December 6, 2006**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No.   06-cv-02346-REB-GJR**

| _**Parties**_ | _**Counsel**_ |
|---|---|
| BEATRIZ ALARCON, | Luke Danielson |
| Plaintiff, | David Fine |
| v. | |
| FRANCES PARTCH, | Kathleen Fogo - via telephone |
| Defendant. | |

---

### COURTROOM MINUTES
---

**Hearing:**   **Motion for Temporary Restraining Order**

1:40 p..m.   **Court in session.**

Appearances of counsel.

The plaintiff, Ms. Beatriz Alarcon, is present in court.

The defendant, Ms. Frances Partch, is appearing by telephone.

Ruth Warner is present as an interpreter for the plaintiff.

Opening statements by the court.

The parties stipulate to the qualifications of the interpreter.

The Interpreter is sworn.

The plaintiff calls witness, Ms. Denise Wise.

Witness, Ms. Denise Wise, appears telephonic.

The witness is sworn by Davina Hellen Ray, a notary.

1:53 p.m.      Direct examination of the witness, Ms. Denise Wise, by Mr. Danielson.

1:56 p.m.      Cross examination of the witness, Ms. Denise Wise, by Ms. Fogo.

The witness is excused and released from subpoena.

The plaintiff calls witness, Ms. Linda Lewis.

The witness is sworn.

1:59 p.m.      Direct examination of the witness, Ms. Linda Lewis, by Mr. Danielson.

The Plaintiff offers Plaintiff's Exhibit 9.

No objections by the Defendant.

**Plaintiff's Exhibit 9 is admitted into evidence.**

Plaintiff offers Plaintiff's Exhibits 7 and 8.

No objections by the Defendant.

**Plaintiff's Exhibits 7 and 8 are admitted into evidence.**

2:29 p.m.      Cross examination of the witness, Ms. Linda Lewis, by Ms. Fogo.

2:48 p.m       Redirect examination of the witness.

2:53 p.m.      Re-cross examination of the witness.

**2:55 p.m      Court in recess.**
**3:11 p.m.     Court in session.**

The witness, Ms. Linda Lewis, is excused and released from subpoena.

The plaintiff calls witness, Ms. Elba Alarcon.

The witness is sworn.

3:14 p.m.      Direct examination of the witness, Ms. Elba Alarcon, by Mr. Danielson.

3:17 p.m.      Cross examination of the witness, by Ms. Fogo.

The witness is excused and released from subpoena.

The plaintiff calls witness, Ms. Judy Hancy.

The witness is sworn.

3:20 p.m.     Direct examination of the witness, Ms Judy Hancy, by Mr. Danielson.

3:22 p.m     Cross examination of the witness, Ms. Judy Hancy, by Ms. Fogo.

Questions to the witness by the court.

The witness is excused and released from subpoena.

The plaintiff calls witness, Ms. Mary Burt.

The witness is sworn.

3:25 p.m.     Direct examination of the witness, Ms. Mary Burt, by Mr. Danielson.

3:30 p.m.     Cross examination of the witness, Ms. Mary Burt, by Ms. Fogo.

The witness is excused and released from subpoena.

The plaintiff calls witness, Ms. Francis Partch, as an adverse witness.

The witness is sworn.

3:33 p.m.     Direct examination of the witness, Ms. Francis Partch, by Mr. Danielson.

3:45 p.m.     Cross examination of the witness, Ms. Francis Partch, by Ms. Fogo.

3:47 p.m.     Redirect examination of the witness.

The witness is excused.

3:48 p.m.     The plaintiff rests.

The defendant calls witness, Ms. Francis Partch.

The court reminds the witness, Ms. Francis Partch, that she remains under oath.

3:49 p.m.     Direct examination of the witness Ms. Francis Partch, by Ms. Fogo.

4:06 p.m.     Cross examination of the witness, Ms. Francis Partch, by Mr. Danielson.

4:07 p.m.     Redirect examination of the witness,

The witness is excused.

4:08 p.m.     The defendant rests.

4:08 p.m.     Closing argument for the plaintiff, by Mr. Danielson.

| | |
|---|---|
| 4:13 p.m. | Closing argument for the defendant, by Ms. Fogo. |
| **4:25 p.m.** | **Court in recess.** |
| **4:40 p.m** | **Court in session.** |

The Court has entered all exhibits 1 through 10, as admitted into evidence as they have been stipulated to by the parties.

The Court enters Findings of Fact, Conclusions of Law, and orders.

**It was ORDERED:**

1. That the plaintiff's Motion for Temporary Restraining Order, [#2] filed November 22, 2006, is **GRANTED**, effective forthwith.

2. That accordingly, the defendant, her agents, servants, employees, attorneys in fact, attorneys in law, and any other person or entity acting at her request or under her control, are temporarily restrained and enjoined from pursuing her forcible entry detainer action, in the combined courts of Gunnison County, Colorado, pending further order of this court.

3. That as security for this restraining order, the plaintiff shall deposit the sum of $2,100.00 with the clerk of this court **on or before the close of business on Friday, December 8, 2006.**

4. That the court will hear the plaintiff's Motion for Preliminary Injunction for **Monday, December 18, 2006, at 1:30 p.m.**

**5:05 p.m.**     **Court in recess.**

*Total court time: 2 hours and 54 minutes - hearing concluded*