**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-02346-REB-MJW

BEATRIZ ALARCON,

    Plaintiff,

v.

FRANCIS PARTCH,

    Defendant.

**TEMPORARY RESTRAINING ORDER**

**Blackburn, J.**

On December 6, 2006, I heard the plaintiff's motion for temporary restraining order [#2], filed November 22, 2006.[1] The parties have completed briefing on the motion, and both the plaintiff and the defendant presented evidence and argument at the hearing. At the conclusion of the December 6, 2006, hearing I issued a detailed oral ruling from the bench, and I granted the plaintiff's motion for temporary restraining order. For the sake of a clear record, I issue this written order, which summarizes my oral ruling.[2]

I have federal question jurisdiction over the plaintiff's Fair Housing Act claim under 28 U.S.C. § 1331. I have supplemental jurisdiction over the plaintiff's state law claims under 28 U.S.C. § 1367.

---

[1] The motion for temporary restraining order is a part of plaintiff's **Motion For Temporary Restraining Order And Preliminary Injunction** [#2] filed November 22, 2006.

[2] Thus, this written order is issued to confirm, supplement, and expatiate the findings of fact, conclusions of law, and temporary orders entered from the bench in open court after hearing on December 6, 2006.

In determining whether a temporary restraining order should issue, I have judicially noticed all relevant adjudicative facts in the file and record *pro tanto*; I have considered the evidence adduced at the hearing; and I have considered the reasons stated, arguments advanced, and authorities cited by the parties in their papers and during their oral argument. I incorporate in this order my findings of fact, conclusions of law, and orders, as stated in my oral ruling from the bench on December 6, 2006.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's motion for temporary restraining order [#2], filed November 22, 2006, **IS GRANTED**, effective forthwith;

2. That effective forthwith and pending further order of court, the defendant, Francis Partch, her agents, servants, employees, attorneys-in-fact, attorneys-in-law, and any and all persons in active concert or participation with her who receive actual notice of this order by personal service or otherwise **TEMPORARILY ARE ENJOINED AND RESTRAINED** from pursuing, prosecuting, or litigating the defendant's forcible entry detainer action (better known as an FED action) against plaintiff, Beatriz Alarcon, in the combined courts of Gunnison County, Colorado, or elsewhere;

3. That on or before **5:00 p.m. (MST), on Friday, December 8, 2006**, the plaintiff **SHALL DEPOSIT** with the clerk of this court the sum of two thousand one hundred dollars ($2,100.00) as security for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained;

4. That this temporary restraining order **SHALL EXPIRE**, if not sooner modified or dissolved, on **Monday, December 18, 2006, at 5:00 p.m. (MST)**; and

5. That the court shall hear the plaintiff's motion for preliminary injunction [#2],

-3-

filed November 22, 2006, on **Monday, December 18, 2006, at 1:30 p.m.**, in the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294, Courtroom A-701, at which time and place the parties and their counsel shall appear before the court in person.

Dated December 7, 2006, at Denver, Colorado, *nunc pro tunc* to December 6, 2006, at 5:00 p.m. (MST).

                                       **BY THE COURT:**

                                       **s/ Robert E. Blackburn**
                                       **Robert E. Blackburn**
                                       **United States District Judge**