**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  06-cv-02346-REB-GJR

BEATRIZ ALARCON,

    Plaintiff,

v.

FRANCIS PARTCH,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matters before the court are the **Stipulation and Motion for Return of Bond** [#24], filed December 22, 2006, and the **Stipulation and Motion for Dismissal With Prejudice** [#25], filed December 22, 2006.  After careful review of the stipulations and the file, the court concludes that the stipulations should be approved, that defendant's bond should be returned, and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation and Motion for Dismissal With Prejudice** [#25], filed December 22, 2006, is **APPROVED**;

    2.  That the **Stipulation and Motion for Return of Bond** [#24], filed December 22, 2006, is **GRANTED**;

    3.  That accordingly, the bond previously submitted by the plaintiff to the Clerk of Court in the amount of $2,100.00, as required by the **Temporary Restraining Order**

[#18], entered December 7, 2006, shall be returned to the plaintiff; and

    4.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

Dated December 22, 2006, at Denver, Colorado.

                      **BY THE COURT:**

                      **s/ Robert E. Blackburn**
                      **Robert E. Blackburn**
                      **United States District Judge**